```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
KIRK VININGS, *Individually and On Behalf of All Others* :
*Similarly Situated*, :
: 1:22-cv-2416-GHW
Plaintiff, :
: ORDER
-against- :
:
VERTIV HOLDINGS CO, ROB :
JOHNSON, AND DAVID FALLON, :
:
Defendants. :
:
-------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

The initial pre-trial conference currently scheduled for May 17, 2022 is adjourned pending the appointment of lead plaintiff(s) and lead counsel.

SO ORDERED.

Dated: May 5, 2022　　　　　　　　　　　　_____
New York, New York　　　　　　　　　　　　　　　　GREGORY H. WOODS
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge