Case 1:22-cv-02416-GHW   Document 14   Filed 05/16/22   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/16/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIRK VININGS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VERTIV HOLDINGS CO, ROB JOHNSON, and DAVID FALLON,<br><br>Defendants. | Case No. 1:22-cv-02416-GHW |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Kirk Vinings ("Plaintiff") hereby voluntarily dismisses the above-captioned action, without prejudice to his ability to participate as a class member in any other class action alleging substantially similar claims against the defendants herein. As grounds thereof, Plaintiff states that no opposing party has either served an answer or a motion for summary judgment.

Respectfully submitted,

DATED: May 13, 2022         **GLANCY PRONGAY & MURRAY LLP**

By: ___/s/ Gregory B. Linkh___
Gregory B. Linkh (GL-0477)
230 Park Ave., Suite 358
New York, NY 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
glinkh@glancylaw.com

and

Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Plaintiff Kirk Vinings*

Plaintiff has voluntarily dismissed this case under F.R.C.P. 41(a)(1)(A)(i). The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: May 14, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge

1